IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DUKES,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERINTENDENT BRITTAIN, *et al.*,<br><br>    Defendants. | No. 1:21-CV-00037<br><br>(Chief Judge Brann) |

# ORDER

**AND NOW**, this 3rd day of May 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 49) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff James Dukes as to all claims.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge